# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE NORTON,<br><br>  Plaintiff,<br><br>  v.<br><br>RESURGENT CAPITAL SERVICES, L.P.,<br><br>  Defendant. | Case No. 1:22-cv-00328-JLT-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 12)<br><br>**DEADLINE: MARCH 31, 2023** |

This action was filed on March 22, 2022. (ECF No. 1.) On January 31, 2023, Plaintiff filed a notice of settlement, seeking to file dispositional documents by March 31, 2023. (ECF No. 12.)

Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). Plaintiff respectfully requests additional time to file the dispositional documents, but proffers little else. The Court finds this showing of good cause thin but shall nevertheless permit the extension requested to file dispositional documents in this instance. The parties are advised, however, that no further extensions of time shall be granted absent a showing of good cause. Further, the parties are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions. Id. (citing E.D. Cal. L.R. 272).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents no later than **March 31, 2023**.

IT IS SO ORDERED.

Dated: __**February 1, 2023**__

UNITED STATES MAGISTRATE JUDGE