1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE NORTON, | Case No.  1:22-cv-00328-JLT-SAB |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| v. | |
| RESURGENT CAPITAL SERVICES, L.P., | |
| Defendant. | |
| | (ECF Nos. 14, 15) |

On February 9, 2023, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41.  (ECF No. 14.)  In the stipulation of dismissal, the parties seek to dismiss the action with prejudice, with each party bearing its own attorneys' fees and costs, "provided that the Court retain ancillary jurisdiction for enforcement of the Settlement Agreement between the Parties in its Order."  (ECF No. 14 at 2.)  On February 10, 2023, the Court issued an order denying without prejudice the parties' stipulated request for the Court to retain ancillary jurisdiction to enforce the settlement agreement, and notified the parties it would direct the Clerk of the Court to close this case unless a renewed stipulated motion for the Court to retain jurisdiction over their agreement was filed demonstrating good cause.  (ECF No. 15.)  No renewed motion was filed and the deadline to do so has expired.

Therefore, in light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

1    Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this

2  case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

3

4  IT IS SO ORDERED.

5  Dated:   **March 6, 2023**

                                   UNITED STATES MAGISTRATE JUDGE

2